1  McGREGOR W. SCOTT
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2720
   Facsimile:  (916) 554-2900
5

6  Attorneys for United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | CONNIE CURRY,                    | CASE NO. 2:16-CV-02898 JAM CMK
12 |         Plaintiff,               | **STIPULATION FOR DEFENSE MEDICAL EXAMINATION; ORDER**
13 |     v.                           |
14 | UNITED STATES OF AMERICA,        |
15 |         Defendant.               |

16

17      THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, STIPULATE

18 AS FOLLOWS:

19      Pursuant to Rule 35 of the Federal Rules of Civil Procedure, plaintiff Connie Curry will appear

20 for a physical examination by:

21      **NAME:**           Leslie Alex Konkin, M.D.

22      **ADDRESS:**        Modesto Orthopedic Group
                            1501 Oakdale Road, Ste. 301
23                          Modesto, CA  95355

24      **DATE OF EXAM:**   January 17, 2018

25      **TIME OF EXAM:**   3:15 p.m.

26      The physical examination will consist of well-standardized medical tests, including verbal

27 and/or written questions, to be determined by the examiner during the examination.  The scope of the

28 examination will be limited to matters at issue in this litigation, including plaintiff's physical condition

both before and after the incident alleged in the complaint. The examining physician may use accepted diagnostic instruments, tests, manipulations and techniques as the examiner determines to be appropriate. The examining physician may ask, and plaintiff shall answer, questions relating to the nature and extent of the injuries alleged to have been sustained in the incident that is the subject matter of this action, including symptoms and conditions from the date of the incident to the present and relevant medical history.

Prior to the examination, the examining physician will be provided with copies of plaintiff's complaint, the parties' Rule 26(a) disclosures and discovery responses, all of the medical records produced to date by plaintiff and by third party medical providers in response to subpoenas, and any available deposition transcripts.

No person other than plaintiff, the examining physician, and his staff will be allowed to be present during the examination. Plaintiff may not contact or communicate with her counsel or anyone from her counsel's office during the examination. The examination will not be audiotaped, videotaped, or recorded, but the examining physician will take notes.

DATED: January 3, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney

DATED: January 3, 2018

MAIRE & DEEDON

*/s/ Patrick L. Deedon*
PATRICK L. DEEDON
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

**Dated: January 8, 2018**

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE